IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JALEEL M. REED, | § | |
| | § | |
| Defendant Below, | § | No. 333, 2021 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 2007010561 (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: November 2, 2021
Decided: November 15, 2021

## **ORDER**

On October 18, 2021, the appellant, Jaleel M. Reed, filed this appeal from a Superior Court order dated September 10, 2021 and docketed on September 13, 2021, that sentenced him for a violation of probation. A notice of appeal must be timely filed to invoke the Court's appellate jurisdiction.[1] On October 18, 2021, the Senior Court Clerk issued a notice directing Reed to show cause why this appeal should not be dismissed as untimely filed. On October 22, 2021, the Court received the certified mail receipt indicating that the notice to show cause had been delivered on October 20, 2021. A timely response to the notice to show cause was due on or

---

[1] *Carr v. State*, 554 A.2d 778, 779 (Del. 1989). Delaware Supreme Court Rule 6 provides that appeals must be filed within thirty days.

before November 1, 2021.  The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

2